FILED
MISSOULA, MT

2007 MAY 17 AM 9 57

PATRICK E. DUFFY
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-01-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DUSTIN AVERY SPANGLE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

United States Magistrate Judge Jeremiah C. Lynch entered
Findings and Recommendation in this matter on May 2, 2007.
Neither party objected and therefore they are not entitled to de
novo review of the record.   28 U.S.C. § 636(b)(1); *United States
v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).   This Court
will review the Findings and Recommendation for clear error.
*McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d
1309, 1313 (9th Cir. 1981).   Clear error exists if the Court is
left with a "definite and firm conviction that a mistake has been
committed."   *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir.
2000).

Judge Lynch recommended this Court accept Spangle's guilty

-1-

plea after Spangle appeared before him pursuant to Rule 11,

Federal Rules of Criminal Procedure, and entered his plea of

guilty to the charge of conspiracy in violation of 18 U.S.C. §

371.

I find no clear error in Judge Lynch's Findings and

Recommendation (dkt #124) and I adopt them in full.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to

change plea (dkt #96) is GRANTED.

DATED this ___17___ day of May, 2007.

Donald W. Molloy, Chief Judge
United States District Court